# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# 13 CV 9128

_TYQUAN HASKINS #8951301279_

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

under the

Civil Rights Act, 42 U.S.C. § 1983

(Prisoner Complaint)

-against-

_Warden Agro Rose Dept Kelly_
_John doe badge# 1622 John doe badge# 1407_
_Captain Medina badge# 472_
_Captain Walden badge# 167_
_Captain Baldwin badge# 1681_
_Officer's "Jane doe's"_
_Officer's "John doe's"_

Jury Trial: ☑ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _TYQUAN HASKINS_
ID # _8951301279_
Current Institution _Anna M Kross Center_
Address _1818 Hazen Street_
_East Elmhurst N.Y. 11370_

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Warden Agro rose_   Shield # _N/A_
Where Currently Employed _Anna M Kross center_
Address _1818 Hazen Street_
_East Elmhurst NY 11370_

_Rev. 05/2010_                    1

Defendant No. 2   Name _Dept Kelly_   Shield # _N/A_
Where Currently Employed _Anna M Kross Center_
Address _1818 Hazen Street_
_East Elmhurst NY 11370_

"John doe"
Defendant No. 3   Name _Captain MOS_   Shield # _1622_
Where Currently Employed _Anna M Kross center_
Address _1818 Hazen street_
_East Elmhurst NY 11370_

"John doe"
Defendant No. 4   Name _Captain "John doe"_   Shield # _1407_
Where Currently Employed _Anna M Kross Center_
Address _1818 Hazen Street_
_East Elmhurst NY 11370_

Defendant No. 5   Name _Captain Medina_   Shield # _472_
Where Currently Employed _Anna M Kross Center_
Address _1818 Hazen Street_
_East Elmhurst NY 11370_

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_Anna M Kross Center. On October 13 2013 on a Sunday, Monday, Tuesday, Wesday, Plaintiff was lock in his Cell over 96 hour's straight with out Showering and use phone._

B.   Where in the institution did the events giving rise to your claim(s) occur?
_Anna M Kross Center. 11/18/13 on Monday D.O.C bus driver was on Strik. On December 12 2013 there was a fire and excive force was apply too plaintiff. On 10/7/13 plaintiff due Process was violated by D.O.C._

C.   What date and approximate time did the events giving rise to your claim(s) occur?
_due process On 10/7/13 around Ten am   On October 13, to 10/16/13 around 4pm lock in cell for 96 hour's straight. On 11/18/13 due process was 6 amendment violated by D.O.C. bus driving on Strike. On 12/12/13 around five pm when a fire was in a cell the whole fire was full with dark Smork as black clouds full the housing area and plaintiff was awaking by the probteam which_

_took an half an hour too get to the housing area where the fire took place._

D.   Facts: On October 7, 2013 plaintiff due process was violated by Capt Medina who reserve plaintiff and found him guilty. On November 18 2013 plaintiff amendment was violated by D.O.C bus driver who went on strike as plaintiff stood in the holding cell for 7 hour's and couldn't go to court. 10/13/13 plaintiff was lock in his cell for 96 hours straight with out any toilt tiers and tooth brush or soap. On 12/12/13 plaintiff suffer being in a cell with smoke

**What happened to you?**

On 10/7/13 Captain Medina violate plaintiff due process.

**Who did what?**

On 10/13/13 Dept and Captains lock inmates in there cell over 96 hours straigh with out phone call mail or visiting and showing. On 11/18/13 plaintiff was in holding cell waiting to go to court for 7 hours and was told by intake officer's that D.O.C was on Strike.

**Was anyone else involved?**

On 12/12/13 plaintiff inhale black clouds of smoke for an half hour. December 12 2013 the ten quad lower housing area was abuse by D.O.C on 12/12/13. On November 18 2013 all inmates that suppose to go to court didn't go because D.O.C was on Strike. On October the whole ten quad lower house was deniel there rights

**Who else saw what happened?**

On October 7 2013 plaintiff use survillance camers. On December 12/2013 the whole house are saw excesive forces On November 18/2013 all inmates that was suppose to go to court On October/13/2013 all inmates that was deniel middle stander and mail as well shower's and visitition with there love one and Phone's call.

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffer C.O.2 which I hive chess pain and eye's bruning. everytime I take deep breath I have pain with shorte's of breath. I notice my eye's red brun after being in the black cloads of smork for more than an half hour.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Anna M Kross center_

_____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_   No _____   Do Not Know _____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _✓_   Do Not Know _____

If YES, which claim(s)? _None_

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance? _December 18 2013 at law library._

1.     Which claim(s) in this complaint did you grieve? _the lock down into the fire inserdent._

2.     What was the result, if any? _none_

_____

3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _Never was call to grievance into this day on December 25 2013_

_____

_____

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _Never was call to grievance for any of my problem unto this day on I have a lot of grievance that never got call for too this day._

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _$75,000.00 thousands dollars for neglect as wel not performing the three "C" that they was suppose to show. all inmates and plaintiff was male and excesive force was use to hand cuff plaintiff whole was complaining about chess pain as they cuff everybody and took plaintiff and all inmates to the back intake C.7L. Captain John doe's badge #467 told all correction officer's "if they say something or look wrong break they fucking face I'm not the fucking on" As he said "I'll don't give a fuck about the camera so try me" plaintiff notice it had been 5:34pm when the probtegm lock everybody out and ran all into the hallway and use excesive force as it was 6:00pm when all inmate's was line up and taking to the back intake it was 7:15 pm when they took plaintiff olot of the cell._

## VI.    Previous lawsuits:

| On these claims |
|---|

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓____   No ____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff ___TYQUAN HASKINS___

Defendants ___Harris___

2.    Court (if federal court, name the district; if state court, name the county) ___Southern___

3.    Docket or Index number ___N/A___

4.    Name of Judge assigned to your case ___N/A___

5.    Approximate date of filing lawsuit ___N/A___

6.    Is the case still pending?  Yes ____  No __✓__

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) ___Judgement was in my favor it was settied___

---

**On other claims**

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __✓__   No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff ___TYQUAN HASKINS___

Defendants ___41 pcts___

2.    Court (if federal court, name the district; if state court, name the county) ___~~N/A~~___
___Supreme Court of Bronx___

3.    Docket or Index number ___N/A___

4.    Name of Judge assigned to your case ___N/A___

5.    Approximate date of filing lawsuit ___N/A___

6.    Is the case still pending?  Yes ____  No __✓__

If NO, give the approximate date of disposition ___N/A___

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) ___N/A___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of _December_, 20_13_

Signature of Plaintiff _Ingwan Haskins_

Inmate Number _8951305279_

Institution Address _Anna M Kross Center_
_1818 Hazend Street_
_East Elmhurst_
_New York 11370_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _18_ day of _December_, 20_13_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _Ingwan Haskins_

TYQUAN HASKENS
895130 1279
1818 Hazen st
East Elmhurst
New York 11390
Ten Quad tower

11/28/13

RE: Need Help making copies.
There's four different Cases

SIR:

Please take notice that I'm
a prisoner lock up in Anna M Kross center
on Riker's Island and I'll don't have access
to the law library as it said in the hand book
and the grievance don't respone to my Complaint
Since September unto know I havent seen a
person or was call down for grievence.

I'll will as of you to make copie of my
documets because I'll don't have stamps or
enough envelop to mail out three documents
and stamp's as well.

I will like to think you and tell you that I'll
have four cases within four different Anserdent
that occur on the 10/7/13  10/13/13  11/18/13
12/12/13 and I don't have enough money to
buy stamps to place on a brown envolep which
make me ask for help to foward the following
document to the judge and defendants laws.
please take it into consideration that I have
less access to the law library and not enough
money to buy stamps envolopes for the form.
I think you so much for sending out the form
so I can process it now I just need help
with making copies of three I send the original
to you Mr. Ruby.

Notice of Claim Against City Of
DEPARTMENT OF CORRECTIONAL''S

                    Plaintiff

    -Against-

City of New York D.O.C in it's
official capacities.
Warden Agro and more etc
                    Defendant's

                                                Notice Of Claim
                                             Against the City of
                                          Department of corrections
                                             Pursuant to General
                                          Municipal Law Section 50

PRO SE

SIR:

                    Please Take Notice to whom it may concern
          Plaintiff when through an inserdent in the facilty of
Anna# M Kross Center on December the 12 2013 which was a thursday and
hereby make's a claim and demand against you as follows:

TO:    Agro Rose Warden of Anna M Kross Center   which is on Risker's Island

       Plaintiff is going PRO SE and rest at Riker's Island AMKC which is
       18-18 Hazen Street East Elmhurst New York 11370 10 quad lower

UNSAFE ENVIRONMENT COUNT TWO: FAILURE TO ADMINISTER ADEQUATE MEDICAL REMEDY

          1. Plaintiff was mercilessly beaten and mace when leaving
his housing area because there was a fire and the probteam let them
out as they run to the hallway and got excive force apply too them.

          2. Plaintiff notice that the corrections department have
violated there amendment as well show recklessness, failure to properly
train and manage there officer's who apply excive force on ever inmated
who came out the housing area that had fire coming out of it.

          3. Defendant's mace all individually as well slam and hand
cuff them with excive force and took everbody who came out of a fire
to an holding cell in the back area which was call c71 intake around
6pm as evey captain and correctional officer's was very inhumen with
evey last inmate's who just came out of a harazard environment.

          4. Plaintiff didn't get any proper medical treatment it
was 7:15pm an hour and more went by since anybody recive medical
treatment from being in the housing area for an approximately 5:00
unto ½ five thirty an half an hour in the cloud of black smoke befor
the probteam came and let theam out as they use excive force on them.
All inmate's inhale black cloud of smoke for more than an half an hour as well
was mace and beaten by D.O.C who faild to provid medical treatment## on 12/12/13

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

12/14/13

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: TYQUAN Haskins | Book & Case #: 8591301279 | NYSID # (optional): 09655617N | |
|---|---|---|---|
| Facility: AMKC | Housing Area: Ten Quad lower | Date of Incident: 10/7/13 | Date Submitted: 10/8/13 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** I was Call down to a ~~Medica~~
on the 10/2/13 I was Call down to a Disciplinary hearing and told by the Captain Medina who was conducting the hearing "you got serve an if you don't remember it was on the 10/2/13?" I told her I've never recive an infraction on the 10/2/13 as well what am I'm ~~getting~~ infracted for? Ms. Medina told me "don't act stupid you was infracted for your action on the 10/1/13 If you never been serve I'm he by serving you today and you will be bought back for the Disciplinary hearing within 24 hour's from now," she serve me for something I didn't do at all on the 10/1/13

**Action Requested by Inmate:** I will like the offic to look at the camer's to see on the 10/1/13 inserdent as well the halway camer's on the 10/2/13 to see if Captain Walden serve me on that day

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☑ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☑ No |
| Have you filed this grievance or request with a court or other agency? | ☑ Yes | ☐ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☐ No |

Inmate's Signature: *Tyquan Haskins*          Date of Signature: 10/8/13

---

**For DOC Office Use Only**

IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B                     Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 2     

### City of New York - Department of Correction
# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

Tyquan Haskins
89513 01279
1818 Hazen St
East Elmhurst
New York 11370
Ten Quad lower

10/27/13

## Statement of Facts

On October 7 2013 plaintiff was told to get ready for a hearing and didn't know why the excort came to pick plaintiff up and told plaintiff if he recived his infraction ticket. As plaintiff said to officer John doe what for and the officer laugh and said "don't act stupid you know what for." And both left to go to the hearing. Captain Medina told plaintiff if he recive his infraction and plaintiff told her no and she said "That's what they all say" and told plaintiff that she was going to reserve him and bring him back within 24 hour's to start the hearing by her. On October 8, 2013 Plaintiff went to the hearing and was found not guilty on the top charge but was found guilty for bad words she said plaintiff ask if they had an audio recorded to back track along with the survilance it will show that Plaintiff was innocent plaintiff put in an Aritcr 78 but got no respone and was told to put in an apple aritical 78 to show plaintiff due Process was violated by D.O.C. and captain Medina who took saids instead of doing a research on the case.



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

Page 1 of 2 Pages

Form: 6500D
Rev.: 02/09/07
Ref.: Dir. #6500DR-B

| | |
|---|---|
| Infraction #: | 3771/13 |
| Institution: | AMKC |
| Inmate Name (Last, First): | Hasking, Tyquan |
| B&C/ Sentence #: | 895/30/279 |
| NYSID #: | 09655617N |
| Location: | QL10 |
| Disposition Date: | 10/8/13 |
| Disposition Time: | 1145 Hrs. |
| Adjudication Captain (Print Name, Rank & Shield #): | Medina Capt 422   10/8/13 |
| Counter # at Start: | |
| Tape Data (Tape #): | Audio |
| Counter # at End: | |

Inmate's Accompanying card indicates Inmate Received Rule Book: ☐ Yes ☐ No

Inmate requested Witness(es): ☒ Yes ☐ No ☐ Waived ☒ Request Granted ☐ Denied (If waived, inmate must sign. If denied, state reason.)

Reason: Carrera = video reviewed however unable to identify Inmate in pen. and view obstructed by inmate #86?

Inmate requested Hearing Facilitator: ☐ Yes ☒ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, Hearing Facilitator must sign. If waived, inmate must sign. If denied, state reason.)

Reason:

Inmate Requested Interpreter: ☐ Yes ☒ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, interpreter must sign. If waived, inmate must sign. If denied, state reason.)

Reason:

If inmate advised of right to remain silent was inmate advised that statements could be used against him/her. ☐ Yes ☐ No ☐ Not Applicable

**Special Situations** Reserved 10/7/13 1400hrs

Hearing in Absentia ☐ Inmate Refused to Appear ☐ Removed from Hearing Due to _____ Specify Reason

Adjournment: ☐ By Adjudication Captain   Date Reconvened ___/___/___
☐ By Inmate   Waived Time Limits to Facilitate Adjournment (Inmate Signature) _____

Referral: ☐ Security   ☐ Mental Health   ☐ Inspector General

Inmate Pled: ☐ Guilty ☒ Not Guilty ☐ Guilty with an Explanation

Summary of Inmate's Testimony: I did not curse at C.O or throw anything at him. I only addressed him regarding court at San point

The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)

| Witness Name (Last Name, First Name): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |
|---|---|
| Witness Signature (Present at Hearing): | |

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No   If no, state reason:

Summary of Testimony:

Testimony was: ☐ Credited ☐ Rejected   Reason:

| Witness Name (Last Name, First Name): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |
|---|---|
| Witness Signature (Present at Hearing): | |

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No   If no, state reason:

Summary of Testimony:

Testimony was: ☐ Credited ☐ Rejected   Reason:

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**HEARING REPORT AND NOTICE OF**
**DISCIPLINARY DISPOSITION**

Page 2 of 2 Pages

Form: 6500D
Rev.: 02/09/07
Ref.: Dir. #6500R-B



**DOCUMENTARY EVIDENCE** (Where applicable)

| | | | |
|---|---|---|---|
| Photograph of Injury: | ☐ Yes ☒ No | | Shown to Inmate: ☒ Yes ☐ No |
| Photocopy of Weapon: | ☐ Yes ☒ No | Infraction 6500 Investigation | Shown to Inmate: ☐ Yes ☒ No |
| Reports - Specify Types: | ☒ Yes ☐ No | | Shown to Inmate: ☒ Yes ☐ No |
| Logbooks - Specify Types: | ☒ Yes ☐ No | | Shown to Inmate: ☒ Yes ☐ No |
| Infraction Investigation: | ☒ Yes ☐ No | | Shown to Inmate: ☒ Yes ☐ No |
| Physical Evidence (List): | ☐ Yes ☒ No | | Shown to Inmate: ☐ Yes ☒ No |
| Witness Statements (List Witnesses): | ☐ Yes ☒ No | | Shown to Inmate: ☐ Yes ☒ No |

On this date and time following disposition was reached after a hearing on the charges listed below: 10/8/13

| Charge # | Dismissed | Guilty | Penalty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|
| 101.10 | X | | | Based on cogoney report + observation that you were |
| 109.12 | | ✓ | 2 days PS | verbally disrespectful toward Officer and did not stop when ordered to do so, |
| 120.11 | | ✓ | 2 days PS | and Capt. Williams investigation I find charges substantiated |
| | | | | |
| | | | | |
| | | | | |

Twenty Five Dollar ($25) Disciplinary Surcharge Grade I or Grade II offenses only ☒ Yes ☐ No

If you have been found guilty of multiple rule violations, these penalties will be served: ☐ Consecutively ☒ Concurrently

Infraction Dismissed: ☐ Yes ☒ No

Reason: _____

_____

_____

Pre-Hearing Detention Time Credit: _____ Days.

Adjudication Captain (Print Name, Rank, Shield #): _____  Signature of Adjudication Captain: _____

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days or more of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), your appeal shall be forwarded to the General Counsel in the Legal Division. Within five (5) business days of the receipt of your appeal, you will receive a written decision from the General Counsel regarding such appeal unless further documentation/information is required by the General Counsel to decide your appeal. In those cases, the five (5) business day time limit shall be extended and the reasons for the extension will be noted on the General Counsel's decision to you. If you receive an unfavorable decision from the General Counsel or you do not receive a decision from the General Counsel within ten (10) business days of receipt of your appeal, you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

| I certify that I received a copy of this notice. | Signature of Inmate: | B&C Sentence #: 349 130 1274 | Date: 10/8/13 | Time: 2:00 |
|---|---|---|---|---|
| Served by (Print Name, Rank and Shield #): Baldwin Captain (c) | | Signature of Server: Baldwin | | |
| Refused to Sign for Notice: ☒ Yes ☐ No | | Witnessed By: N. Esly | | |



CORRECTION DEPARTMENT
CITY OF NEW YORK

REPORT AND NOTICE OF INFRACTION

Form: 6500A
Rev. : 02/09/07
Ref. : Dir. #6500R-B

| Infraction #: 3771/13 | Institution: AMKC | Date of Incident: OCTOBER 2, 2013 | Date of Report: 10/1/13 |
|---|---|---|---|
| | | B&C # 895 1301279 Sentence #: | NYSID #: 0965567N |
| Inmate Name (Last, First): HASKINS, TYQUAN | | | |
| Location of Incident: (Be Specific) BACK INTAKE C-71 PEN #2 | | Housing Area/Cell QUAIL LOWELL Location: 10 | Approximate Time of Incident: 0730 Hrs. |

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 109.12 | DISRESPECT FOR STAFF | | |
| 101.10 | ATTEMPT ASSAULT | | |
| 120.11 | REFUSAL TO OBEY A DIRECT ORDER | | |

Reporting Official (Print Name, Rank and Shield #): GOMEZ C. #4216

Reporting Official (Signature): [signature]

Details of Incident (Include details as to How, When and Where Infraction was Committed): ON OCTOBER 2, 2013 I C.O. GOMEZ #4216 WHILE ASSISTING WITH THE MORNING COURTS IN C-71 INTAKE INMATE HASKINS, TYQUAN #895301279 OF QUAIL LOWER 10 WAS IN PEN #2 ASKED THIS WRITER IF HE COULD GO INTO PEN #5 AND UTILIZE THE TOILET. I POINTED OUT THE SECURITY MEMORANDUM LOCATED ON ALL THE PENS I TOLD INMATE HASKINS HE HAD TO USE THE TOILET IN THE PEN THAT HE WAS IN. INMATE HASKINS THEN SAID "FUCK YOU BITCH". I GAVE HIM A VERBAL ORDER THAT IF HE CONTINUED WITH HIS VERBAL HARRASSMENT HE WILL BE INFRACTED. WHEN I TURNED AWAY AN INMATE CUP WAS THROWN TOWARDS MY DIRECTION I TURN TOWARDS PEN #2 AND ASKED WHO THROW THE CUP INMATE HASKINS SAID "I DID BITCH SORRY I MISSED". I THEN TOLD INMATE HASKINS THAT HE WILL BE INFRACTED HE SAID "FUCK YOU AND YOUR INFRACTION". NO FORCE WAS USED NO FURTHER INCIDENT.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purposes. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator if Adjudication Captain deems one is necessary.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to ninety (90) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense. You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (If yes, include what language) _____ | ☑ No |
|---|---|---|
| Hearing Facilitator Requested: | ☐ Yes ☑ No | |
| Witness(es) Requested: | ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff) | ☑ No |

| Witness (Print Name): | B&C Number: | Location: |
|---|---|---|
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | Shield/ID Number: | Post: |

| I certify that I received a copy of this notice: | Signature of Inmate: Tyquan Size | Date: 10/2/13 | Time: 0600h |
|---|---|---|---|
| Served by (Print Name, Rank and Shield #): Walden C# 164 | Signature of Server: [signature] | | |

WITNESS ANTOSZEWSKI #10139

FACILITY COPY

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Tyquan Haskins | 8591301279 | 0965561701 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| AMKC | Ten Quad lower | 10/13/13 | 10/17/13 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Request or Grievance: Inmate's was lock in with out
no reason as well there where no toilt tusse given
out to any inmate's as well toath brush or tooth past
for three days no toilt tusse, as well not being
able to be lock out for three day. Inmate's was
not giving an option to take 2 showers" as well  10/13/13
use the telephone and have there visitation on the Sunday
Unto tuesday to/16/13.

Action Requested by Inmate: Why lock inmate's in there cell with out giving them
any option to shower as well use the telephone
to call there love one? Why lock inmate's in there
cell for 72 hour's straight?

### Please read below and check the correct box:

| | | Yes | | No |
|---|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | Yes | ☐ | No |
| Do you need the IGRP staff to write the grievance or request for you? | ☑ | Yes | ☐ | No |
| Have you filed this grievance or request with a court or other agency? | ☐ | Yes | ☐ | No |
| Did you require the assistance of an interpreter? | ☐ | Yes | ☐ | No |

Inmate's Signature: Tyquan Haskins          Date of Signature: 10/14/13

## For DOC Office Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B                                    Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 2



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

TYQUAM HASSEM S#
89513012 79
18 18 Hazen st
East Elmhurst
New York 113 70
Ten Quad lower

10/23/13

## Statement of facts

On October 13 2013 on a Sunday the house was told that it was a "TSO" that why they are lock in for the whole day an correctional officer told them.

Plaintiff notices that none of the staff respone to plaintiff whe he ask for soap to use to warsh up in his cell but none of the office "John doe" wasn't on there post as all in ask for toilt tusse and soap and was told by the officer in the "CA" post which was the bubble that there wasn't any soap, toilt tusse, to suppy any body.

On October 14 2013 plaintiff notice nobody was lock out for phone call or Shower on monday.
On october 15 2013 Tuesday nobody was lock out for Showers or phone call for 72 hours.
On october 16 2013 on a twesday there was a fire inspector who walk by with an officer as plaintiff ask him if he lock in a cell with out a fire sprinkler isn't a hazard and the fire inspector told plaintiff "This whole building is a fire hazard to employee and inmates." After a Chage of shift evebody was lock out to use the phones and take Shower's and watch T.V. in the day room, it was six pm when all inmates was lock out.

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: TYQuan Haskins | Book & Case #: 8 9513 01279 | NYSID # (optional): 09655617N | |
|---|---|---|---|
| Facility: AMKC | Housing Area: Ten Quad lower | Date of Incident: 11/18/13 | Date Submitted: 11/25/13 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Request or Grievance: On November 18 2013 On a monday I had Bronx supreme court and got up at four am and walk out at 4:30 am. I was strip search and send to holding cell one onto the bus arrive. I stood in the cell for more than five hours waiting for the bus. And was told the bus was on strike by an officer who told me that they want to teach the higher people above a lesson. My rights has been violated by D.O.C.

Action Requested by Inmate    I ask to speak to the Commisioner about the issue. how can you fired people that you need to run the bodys back and forth.

**Please read below and check the correct box:**

| | | Yes | | No |
|---|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ Yes | | ☐ No |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ Yes | | ☐ No |
| Have you filed this grievance or request with a court or other agency? | | ☑ Yes | | ☐ No |
| Did you require the assistance of an interpreter? | | ☐ Yes | | ☐ No |

Inmate's Signature: _Tyquan Haskins_     Date of Signature: 11/24/13

For DOC Office Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B                          Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 2



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

TYQUAN HASKINS                                    11/21/13

895 1301279

1818 - Hazen St

East Elmhurst NY 11370

Ten quad lower cell#5

## Statement of facts

(1)   On November 18 2013 Monday I was told to get ready for court around four am in the morning by officer "John doe" who told me I was going to the supreme court in the Bronx.

(2)   I ate and walk out around 4:30 to back court's which was intake C.71 where the bronx, brooklyn queens, Court go too. I when through a strip search and was told to go to holding cell one which was for the bronx.

(3)   It was 7am which inmates was upset because no bus driver came to pick any inmates up for courts as other inmate's ask about the bus for court. I over hear an inmates complain about space because the cell was over crowded and nobody knew anything about the bus driver while correctional officer told inmates to be cool.

Plaintiff notice it was ten "o" clock and no officer

(4)   inmate's wasn't cool as the correctional officer told them that the bus drive where on strike and there will be no court today which was a monday November 18 2013 while all inmates due process was violated by D.O.C. because the bus driver want to go on strike and make all the inmates suffer as well fight all space in the crowded holding pen.

D.O.C violated Plaintiff six admendment by going on strike and not taking Plaintiff to court which stop and delay plaintiff case. So plaintiff fill that D.O.C. violated the three u (") care, custody, control, by striking with out any good reason, at ANKC



Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1

Attachment B

City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| TYQuan Haskins | 895180/279 | 09655617 A | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| AMKC | Ten quad lower | 12/12/13 | 12/18/13 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Request or Grievance:

On December 12 2013 On a thursday around five pm there was an fire and inmates and I was left in our cell over an half an hour befor the problem came and took use out unto the hallway and use excessive force on all inmates as well I smell mace which was spry on my direction and some on my face. when the problem arrive the black clouds of smoke was hard to see and it was an haziard enviorment and when coming out excessive force was use and D.O.C denied medical treat

Action Requested by Inmate  I want all officers to get fired for abusing us and denreing all inmate medical treatment on December 12/12/13.

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☐ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☑ Yes | ☐ No |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☐ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☐ No |

Inmate's Signature: _Tyquan Haskins_     Date of Signature: 12/18/13

For DOC Office Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 2



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

12/18/13

TYQUAN HASKINS
8951301279
1818 Hazen street
East Elhurst NY 11370

SIR:    Please take notice to whom it may
concern plaintiff was involved in a inserdent on
December 12 2013 at Anna M Kross Center facilty which
was thursday and hereby claims that defendants was
using excesive force on plaintiff who was coming out
of an housing area that had a fire in it and was mace
by the probteam who came and stood on the other side
of the hallway and use excesive force on evey inmate
who came out of ten quad lower that thursday on 12/12/13.

To:    Agro Rose who let plaintiff right's be violated
by Dept Kelly who lock the whole ten quad lower in
there cell for no reson and said unto evey inmate that
they will be lock out befor lunch time which never
happen unto around five pm there was an inmate who
was playing with fire and officer "john doe" said to
the inmate that "you think what you doing is going to
get you lock out any faster" as he walk off the "B"post
all inmates start calling the officer who left the "B"
post for help as the black clouds off smoke fill the
hallway and cells fast and the cloud of smoke got dark
as inmates panic and cry for help.

I feel that the officer who was working that day
violated the three "C" Care Custody Control as all
inmates suffer in there cell for over an half hour
breathing black clouds of smoke as the officer's
john doe who left his post and knew of the fire as
well let the fire brun and left inmates in there cell
too breath the black clouds of smoke for more than
half hour.

2.    Plaintiff notice that none of the fire alarm went off
as well there was no sprinkler in any inmate cell as
well no fire sprinkler in the hallway either. I'm
up set at the officer for not trying to put the fire
out as well let the fire get big.

3.    Defendant's jane doe and mess of john doe's who was
on the probteam use excesive force on eveybody who
came out of the fire housing area which show that they
didn't care about anybody health as well macing inmates
with out proper of cause as all inmates was hand cuff
and taking too c71 intake to be held for an hour unto
the housing area was air out so they could place inmates
back in it.

4.    Plaintiff have not recive medical treatment on the
december 12 2013 for the inserdent as unto this day on
all inmates have not recive porper medical treatment
on the fire= inserdemt as the D.O.C try cover up on
the inserdent that happen and may lie and say inmates
have resive medical which it show on the camer that
all inmates    wasn'ttaking

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

12/18/13

Antonio M. Frazier

X Tyquan Haskins



Clerk of Court
by J. Krajick
UNITED STATES DISTRICT COURT
Southern District of New York
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street
Room: 230
New York New York 10007

TYQUAN HASKINS #845 1301279
18-15 Hazen St
East Elmhurst NY 11370
TCN Quad Lower Cell #5

USM SDNY
P3